file with the Records of this Court  The Jury brought in theire verdict they found for the Defend$^t$ costs of Court allow$^d$ Forty one Shilling Execution issued Janur$^o$ 30. 77

### WAY agt. KNOTT

L$^t$ Richard Way plaint. William Knott Defend$^t$  The plaint. withdrew his action.

